THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK LAYDON, Appellant.

Reported below, 158 App. Div. 906.
(Submitted November 17, 1913; decided November 25, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 25, 1913, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of. the crime of manslaughter in the first degree.

The motion was made upon the ground of failure to file the return on appeal.

*James C. Cropsey, District Attorney,* for motion.

*Robert H. Elder* opposed.

Motion denied, provided the return is filed with the clerk of this court within thirty days. On failure to comply with this condition the motion is granted and the appeal dismissed.